# EXHIBIT A



**null / ALL**
**Transmittal Number: 25183891**
**Date Processed: 07/08/2022**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Becky Dees<br>Woodward, Inc.<br>1081 Woodward Way<br>Fort Collins, CO 80524-3468 |
| **Electronic copy provided to:** | Bryan Dunn<br>Steve Roberti |

| | |
|---|---|
| **Entity:** | Woodward, Inc.<br>Entity ID Number  0002454 |
| **Entity Served:** | Woodward, Inc |
| **Title of Action:** | Leroy Banks, On Behalf Of Himself And All Other Persons Similarly Situated, Known And Unkno«.-N, vs. Woodward, Inc. |
| **Matter Name/ID:** | Leroy Banks, On Behalf Of Himself And All Other Persons Similarly Situated, Known And Unkno«.-N, vs. Woodward, Inc. (12535489) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Winnebago County Circuit Court, IL |
| **Case/Reference No:** | 2022-LA-0000176 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 07/01/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Werman Salas P.C.<br>312-419-1008 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | | **SUMMONS** | For Court Use Only |
|---|---|---|---|
| Winnebago **COUNTY** | | | |

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | Leroy Banks<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | Woodward, Inc.<br>**Defendant / Respondent** *(First, middle, last name)* | 2022-LA-0000176<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | | |
|---|---|---|
| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** | **Defendant/Respondent's address and service information:** |
| | a. | Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: Woodward, Inc.<br>Registered Agent's name, if any: Illinois Corporation Service Company<br>Street Address, Unit #: 801 Adlai Stevenson Drive<br>City, State, ZIP: Springfield, IL 62703<br>Telephone: _____ Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. | If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. | Method of service on Defendant/Respondent:<br>☐ Sheriff  ☑ Sheriff outside Illinois: Sangamon County, Illinois<br>*County & State*<br>☐ Special process server  ☐ Licensed private detective |

SU-S 1503.2 | Page 1 of 4 | (06/21)

Enter the Case Number given by the Circuit Clerk: 2022-LA-0000176

| | | |
|---|---|---|
| In **2**, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:** |
| | | Amount claimed: $ |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:** |

**3.** **Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last):*   Douglas M. Werman

Street Address, Unit #:   77 W. Washington Street, Suite 1402

City, State, ZIP:   Chicago, IL 60602

Telephone:  (312) 419-1008          Email:   dwerman@flsalaw.com

---

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

---

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons.*<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

---

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):** |

**4.** **Instructions for person receiving this *Summons* (Defendant):**

[✓] a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address:   400 W. State Street, Room 108

City, State, ZIP:   Rockford, IL 61102

[ ] b.  Attend court:

On:   09/15/2022          at   9:15          [✓] a.m. [ ] p.m. in   412
        *Date*                        *Time*                                      *Courtroom*

**In-person at:**

400 W. State Street, Courtroom 412, Rockford, Illinois 61102

*Courthouse Address        City                State        ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
                        *Call-in number for telephone remote appearance*

By video conference: _____
                                *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at:   815-319-4500          or visit their website
                                        *Circuit Clerk's phone number*

at:   https://www.cc.co.winnebago.il.us/court-inf   to find out more about how to do this.
        *Website*

| | |
|---|---|
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | |
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website.<br>All of this information is available from the Circuit Clerk. | |

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | DATE: 6/21/2022<br><br>*[seal: CIRCUIT COURT ... ILLINOIS 17TH JUDICIAL CIRCUIT]*<br><br>Thomas A. Klein, Clerk of Court<br>BY: _____<br>Deputy Clerk<br>Electronically Issued Document ID: |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | Virtual Meeting Scheduled<br>Meeting ID # 813 9084 1419<br>Virtual Meeting by Computer: Zoom.us<br>Virtual Meeting by Phone:<br>312-626-6799 / 646-558-8656 / 346-248-7799<br>Instructions at https://tinyurl.com/virtualcourt17 |

Date of Service: _____   *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

---

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Winnebago ___ COUNTY | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | For Court Use Only |
|---|---|---|

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | Leroy Banks<br><br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>Woodward, Inc.<br><br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2022-LA-0000176
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
    *First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
                        *First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
                                    *First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2022-LA-0000176

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

Signature by: _____
☐ Sheriff
☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Winnebago COUNTY | SUMMONS | For Court Use Only |
|---|---|---|

| Instructions ▼ | |
|---|---|
| Enter above the county name where the case was filed. | Leroy Banks<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/ Respondents. | Woodward, Inc.<br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

Case Number: 2022-LA-0000176

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

1. **Defendant/Respondent's address and service information:**

   In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

   a. Defendant/Respondent's primary address/information for service:
   Name *(First, Middle, Last)*: Woodward, Inc.
   Registered Agent's name, if any: Illinois Corporation Service Company
   Street Address, Unit #: 801 Adlai Stevenson Drive
   City, State, ZIP: Springfield, IL 62703
   Telephone: _____ Email: _____

   In **1b**, enter a second address for Defendant/ Respondent, if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
   Name *(First, Middle, Last)*: _____
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Telephone: _____ Email: _____

   In **1c**, check how you are sending your documents to Defendant/ Respondent.

   c. Method of service on Defendant/Respondent:
   ☐ Sheriff   ☑ Sheriff outside Illinois: Sangamon County, Illinois *County & State*
   ☐ Special process server   ☐ Licensed private detective

SU-S 1503.2 | Page 1 of 4 | (06/21)

Enter the Case Number given by the Circuit Clerk: 2022-LA-0000176

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2. Information about the lawsuit:**<br>Amount claimed:   $ _____ |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):*  Douglas M. Werman<br>Street Address, Unit #:  77 W. Washington Street, Suite 1402<br>City, State, ZIP:  Chicago, IL 60602<br>Telephone:  (312) 419-1008      Email:  dwerman@flsalaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this *Summons* (Defendant):**<br>☑ a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address:  400 W. State Street, Room 108<br>City, State, ZIP:  Rockford, IL 61102 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | ☐ b.  Attend court:<br>On: 09/15/2022    at  9:15   ☑ a.m. ☐ p.m. in  412<br>     *Date*          *Time*              *Courtroom*<br>**In-person at:**<br>400 W. State Street, Courtroom 412, Rockford, Illinois 61102<br>*Courthouse Address*      *City*              *State*    *ZIP*<br>OR |
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br>     *Call-in number for telephone remote appearance*<br>By video conference: _____<br>     *Video conference website*<br>_____<br>*Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at:  815-319-4500      or visit their website<br>     *Circuit Clerk's phone number*<br>at:  https://www.cc.co.winnebago.il.us/court-inf  to find out more about how to do this.<br>     *Website* |



DATE:  6/21/2022

Thomas A. Klein, Clerk of Court

BY: _____
     Deputy Clerk

Electronically Issued Document ID: _____

Virtual Meeting Scheduled
Meeting ID # 813 9084 1419
Virtual Meeting by Computer: Zoom.us
Virtual Meeting by Phone:
312-626-6799 / 646-558-8656 / 346-248-7799
Instructions at https://tinyurl.com/virtualcourt17

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | |
| **STOP!** The officer or process server will fill in the Date of Service. | ...he witness date.<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Winnebago _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| **Instructions** | | |
|---|---|---|
| Enter above the county name where the case was filed. | Leroy Banks<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>Woodward, Inc.<br>**Defendant / Respondent** *(First, middle, last name)* | 2022-LA-0000176<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
    member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
               *First, Middle, Last*
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
                                  *First, Middle, Last*
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2022-LA-0000176

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

*Signature by:* _____

☐ Sheriff
☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

\*\*ELECTRONICALLY FILED\*\*
DOC ID: 18333634
CASE NO: 2022-LA-0000176
DATE: 6/17/2022 1:22 PM
BY: J P, DEPUTY

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## WINNEBAGO COUNTY

| | | |
|---|---|---|
| LEROY BANKS, on behalf of himself and all other persons similarly situated, known and unknown, | ) ) ) ) | Case No.   **2022-LA-0000176** |
| *Plaintiff,* | ) ) | Judge |
| v. | ) ) | |
| WOODWARD, INC., | ) ) | |
| *Defendant.* | ) ) | |
| GENE THERAPY SYSTEMS, INC. d/b/a GENLANTIS, | ) ) ) | |
| *Respondent in Discovery.* | ) ) | |

## CLASS ACTION COMPLAINT

Leroy Banks ("Plaintiff") files this Class Action Complaint ("Complaint") against Woodward, Inc. ("Defendant") for violations of the Illinois Biometric Information Privacy Act.

**SUMMARY OF CLAIMS**

1. Plaintiff is a former employee of Defendant Woodward.

2. Defendant Woodward is "an independent designer, manufacturer and service provider of energy control and optimization solutions for aerospace and industrial markets."[1]

3. Respondent in discovery Gene Therapy Systems, Inc., through its wholly owned subsidiary, Genlantis, is a technology company that manufactures, among other things, the SentryTHERM™ Biometric Temperature Scanner (hereafter "Biometric Scanner").

---

[1] *See* https://www.woodward.com/en/about (last visited June 14, 2022).

1

4.   The Biometric Scanner "combines a powerful thermal camera and the latest face recognition algorithm that are accurate and work fast to keep business and people moving with little to no interruption and with full automatic user authentication." *See* Exhibit A. The Biometric Scanner "Stores & matches up to 50,000 face photos and 1 million identification records." *See* Exhibit A. The following is a picture of the Biometric Scanner:



*See* https://www.first-responder.com/products/sentrytherm%E2%84%A2-biometric-temperature-scanner (last visited June 14, 2022).[2]

---

[2] First Responder Technologies is a company of respondent in discovery Genlantis.

5.     The following screenshot is from a video showing the Biometric Scanner capturing a face scan and other data to identify facial geometry:



6.     Plaintiff worked for Defendant between approximately March 2021 and February 2022 in the State of Illinois.

7.     Defendant installed Genlantis' Biometric Scanner in its workplaces.

8.     After March 2021 and during Plaintiff's employment, Defendant collected scans of Plaintiff's facial geometry through Genlantis' Biometric Scanner.

9.     Defendant has no publicly available biometric data retention or deletion policy.

10.     Defendant never informed Plaintiff, in writing or otherwise, that it was collecting scans of his facial geometry or his biometric data.

11.     Likewise, Defendant never obtained Plaintiff's informed written consent to collect scans of his facial geometry or his biometric data.

12.     In 2008, Illinois enacted the Biometric Information Privacy Act and restricted

3

private entities, like Defendant, from collecting a person's biometric identifiers, including scans of facial geometry, without adhering to strict written disclosure and informed-consent procedures established by the Biometric Information Privacy Act.

13.     Defendant captured, collected, or otherwise obtained biometric facial geometry scan identifiers from Plaintiff and others similarly situated without following the detailed requirements of the Biometric Information Privacy Act.

**JURISDICTION AND VENUE**

14.     This Court has personal jurisdiction over Defendant because, during the relevant period, Defendant did business in Illinois, was registered to do business in Illinois, and committed the statutory violations alleged in this Complaint in Illinois.

15.     Winnebago County is an appropriate venue for this litigation because Defendant is located in Winnebago County, does business in Winnebago County, and committed the statutory violations alleged in this Complaint in Winnebago County.

**THE PARTIES**

16.     Plaintiff is an individual who is a citizen of Illinois.

17.     Defendant Woodward is a Delaware corporation.

**REQUIREMENTS OF THE BIOMETRIC INFORMATION PRIVACY ACT**

18.     In enacting the Biometric Information Privacy Act, the Illinois legislature recognized that the full ramifications of biometric technology are not yet fully known and so the public will benefit from "regulations on the collection, use, safeguarding, handling, storage retention, and description of biometric identifiers and information." 740 ILCS 14/5(f)-(g).

19.     Among other things, the Biometric Information Privacy Act prohibits a "private entity" from capturing, collecting, or otherwise obtaining biometric identifiers from an individual

4

unless that private entity first obtains the individual's informed written consent. 740 ILCS 14/15(b)(3).

20.     Relatedly, the Biometric Information Privacy Act prohibits a private entity from capturing, collecting, or otherwise obtaining biometric identifiers from an individual unless that private entity first informs the individual, in writing, of the following: (a) that the private entity is collecting or storing biometric identifiers or information, and (b) the purpose and length of time for which the private entity will collect, store, and use the biometric identifiers or information. 740 ILCS 14/15(b)(1)-(2).

**BACKGROUND FACTS**

21.     After Plaintiff commenced employment with Defendant, it installed Genlantis' Biometric Scanner device at its Illinois work locations.

22.     Through Genlantis' Biometric Scanner device, Defendant captured, collected, or otherwise obtained scans of Plaintiff's facial geometry.

23.     Before capturing, collecting, or otherwise obtaining scans of Plaintiff's facial geometry, Defendant never provided Plaintiff any written materials stating that it was capturing, collecting, or otherwise obtaining scans of Plaintiff's facial geometry.

24.     Before capturing, collecting, or otherwise obtaining scans of Plaintiff's facial geometry, Defendant never obtained Plaintiff's informed written consent authorizing the capture, collection, or use of scans of Plaintiff's facial geometry.

**CLASS ACTION ALLEGATIONS**

25.     Plaintiff seeks to represent the following class:

Individuals who had one or more of their facial geometry scans captured, collected, or otherwise obtained by Defendant Woodward in Illinois between March 2021 and the present (the "Class").

26.     Plaintiff is similar to the class members because they were all subject to the same allegedly illegal practices: Defendant capturing, collecting or otherwise obtaining scans of their facial geometry through Genlantis' Biometric Scanner device without adhering to the requirements of the Biometric Information Privacy Act.

27.     The Class includes more than 50 members.

28.     The Class is so numerous that joining of all class members in one lawsuit is not practical.

29.     The issues involved in this lawsuit present common questions of law and fact, including: whether Defendant captured, collected, or otherwise obtained scans of facial geometry from the Class; whether the facial scan data Defendant captured qualifies as "biometric identifiers" under the Biometric Information Privacy Act; and whether Defendant made written disclosures and obtained informed written consent before capturing, collecting, or otherwise obtaining scans of facial geometry from the Class.

30.     These common questions of law and fact predominate over variations that may exist between members of the Class, if any.

31.     Plaintiff, the class members, and Defendant have a commonality of interest in the subject matter of the lawsuit and the remedy sought.

32.     If individual actions were required to be brought by class members injured or affected, the result would be a multiplicity of actions, creating a hardship to the Class, to the Court, and to Defendant.

33.     Accordingly, a class action is an appropriate method for the fair and efficient adjudication of this lawsuit and distribution of the common fund to which the Class is entitled.

34.     The books and records of Defendant are material to Plaintiff's case as they disclose

how Defendant captured, collected, or otherwise obtained scans of facial geometry from Plaintiff and the Class and what information Defendant provided Plaintiff and the Class about its capture, collection, and use of their biometric identifiers.

35.　　　Plaintiff and his counsel will fairly and adequately protect the interests of the Class.

36.　　　Plaintiff retained counsel experienced in complex class action litigation, including class action litigation under the Biometric Information Privacy Act.

## COUNT I — VIOLATION OF 740 ILCS 14/15(a) — (ON BEHALF OF PLAINTIFF AND THE CLASS AGAINST DEFENDANT)

37.　　　Plaintiff incorporates the foregoing allegations as if fully set forth herein.

38.　　　The Biometric Information Privacy Act ("BIPA") requires that covered private entities in possession of biometric data establish and maintain a satisfactory biometric data retention—and, importantly, deletion—policy. Specifically, those companies must: (i) make publicly available a written policy establishing a retention schedule and guidelines for permanent deletion of biometric data (at most three years after the private entities' last interaction with the individual); and (ii) actually adhere to that retention schedule and actually delete the biometric information. See 740 ILCS 14/15(a).

39.　　　Defendant failed to comply with these BIPA mandates.

40.　　　Defendant is a "private entity" under BIPA. *See* 740 ILCS 14/10.

41.　　　Plaintiff is an individual who had his "biometric identifiers" captured and/or collected by Defendant, as explained in detail in above. *See* 740 ILCS 14/10.

42.　　　Plaintiff's biometric identifiers were and/or could be used to identify Plaintiff and, therefore, constitute "biometric information" as defined by BIPA. *See* 740 ILCS 14/10.

43.　　　Defendant failed to provide a publicly available retention schedule or guidelines for permanently destroying biometric identifiers and biometric information as specified by BIPA.

7

*See* 740 ILCS 14/15(a).

44.     Upon information and belief, Defendant does not have a privacy policy or other publicly available retention schedule.

45.     Upon information and belief, Defendant lacked retention schedules and guidelines for permanently destroying Plaintiff's and class members' biometric data within three years of the individual's last interaction with the company.

46.     On behalf of himself and the Class, Plaintiff seeks: (1) declaratory relief; (2) injunctive and equitable relief as is necessary to protect the interests of Plaintiff and the Class by requiring Defendant to comply with BIPA's requirements for the collection, capture, storage, and use of biometric identifiers and biometric information as described herein pursuant to 740 ILCS 14/20(4); (3) liquidated damages of $5,000 for each intentional and/or reckless violation of BIPA pursuant to 740 ILCS 14/20(2) or, in the alternative, liquidated damages of $1,000 for each negligent violation of BIPA pursuant to 740 ILCS 14/20(1); and (4) reasonable attorneys' fees and costs and other litigation expenses pursuant to 740 ILCS 14/20(3).

## COUNT II — VIOLATION OF 740 ILCS 14/15(b) —
### (ON BEHALF OF PLAINTIFF AND THE CLASS AGAINST DEFENDANT)

47.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

48.     The Biometric Information Privacy Act requires companies to obtain informed written consent from persons before acquiring their biometric data. The Biometric Information Privacy Act makes it unlawful for any private entity to "collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifiers or biometric information unless [the entity] first: (1) informs the subject . . . in writing that a biometric identifier or biometric information is being collected or stored; (2) informs the subject . . . in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being

8

collected, stored, and used; and (3) receives a written release executed by the subject of the biometric identifier or biometric information . . . ." 740 ILCS 14/15(b). Defendant failed to comply with these requirements.

49.     Plaintiff and class members are individuals who had their "biometric identifiers" collected and/or captured by Defendant, as explained in detail above. 740 ILCS 14/10.

50.     Plaintiff and class members' biometric identifiers were and/or could be used to identify them and, therefore, constitute "biometric information" as defined by BIPA. 740 ILCS 14/10.

51.     Defendant collected, captured, used, and stored Plaintiff's and class members biometric identifiers and/or biometric information without first obtaining the written release required by 740 ILCS 14115(b)(3).

52.     Defendant never informed Plaintiff, and never informed any class member, in writing, that their biometric identifiers and/or biometric information were being collected, captured, stored, and/or used, nor did Defendant inform Plaintiff and the Class in writing of the specific purpose(s) and length of term for which their biometric identifiers and/or biometric information were being collected, stored, used and disseminated as required by 740 ILCS 14/15(b)(1)-(2).

53.     By collecting, capturing, storing, and/or using Plaintiff's and class members' biometric identifiers and biometric information as described herein, Defendant violated Plaintiff and class members' rights to privacy in their biometric identifiers and/or biometric information as set forth in BIPA. 740 ILCS 14/1.

54.     On behalf of himself and the Class, Plaintiff seeks: (1) declaratory relief; (2) injunctive and equitable relief as is necessary to protect the interests of Plaintiff and class members

by requiring Defendant to comply with BIPA's requirements for the collection, capture, storage, use and dissemination of biometric identifiers and biometric information as described herein pursuant to 740 ILCS 14/20(4); (3) liquidated damages of $5,000 for each intentional and/or reckless violation of BIPA pursuant to 740 ILCS 14/20(2) or, in the alternative, liquidated damages of $1,000 for each negligent violation of BIPA pursuant to 740 ILCS 14/20(1); and (4) reasonable attorneys' fees and costs and other litigation expenses pursuant to 740 ILCS 14/20(3).

Respectfully submitted,

Dated: June 17, 2022

/s/Douglas M. Werman
One of Plaintiff's Attorneys

Douglas M. Werman
dwerman@flsalaw.com
Bernard ("Ben") K. Schott
bschott@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008

David Fish
dfish@fishlawfirm.com
Mara Baltabols
mara@fishlawfirm.com
**FISH POTTER BOLAÑOS, P.C.**
200 East 5th Avenue, Suite 123
Naperville, IL 60563
Tel: (630) 355-7590

ATTORNEYS FOR PLAINTIFF

# EXHIBIT A



6044 Cornerstone Court West, Suite E.
San Diego, CA 92121
Toll Free (888) 428-0558
Fax: (858) 623-9494
Web: http://www.genlantis.com

# SentryTHERM™
## Biometric Temperature Scanner

| Catalog # | Description/Content | Contents |
|---|---|---|
| EFRTS100 | SentryTHERM Biometric Temperature Scanner | Scanner Head Floor stand Power cable |

| Related Products | Catalog # |
|---|---|
| TempZAP® No Contact Thermometer | ETZT100 |
| FirstResponder® NEST | E40010FR |
| SteriZAP® Germicidal Sprayer | E800GSP |
| SteriZAP® UV-C Room Sterilizer, 110V | E500UVCT |
| SteriZAP® Electrostatic Backpack Sprayer, Rechargeable | E700EBS |
| FirstResponder® Portable UVC Sterilizer, Rechargeable | E500UVCP |

## INTRODUCTION

The SentryTherm™ Biometric Temperature Scanner (SBTS) is a multipurpose access control reader that provides more than facial or

palm biometric entry control. It also includes the detection of a person's body temperature and if they are wearing a protective mask. The SBTS unit provides screening of people for healthcare, hospitals, schools, hotels, cruise ships, and any other businesses interested in detecting, documenting, and controlling elevated temperature. Additionally, the SBTS unit will remind users to wear a face mask with a clear and loud audible voice.

The SBTS unit can safeguard any work or public space environment by monitoring people with elevated temperature and/or are not wearing a mask. This biometric reader-controller combines a powerful thermal camera and the latest face recognition algorithm that are accurate and work fast to keep business and people moving with little to no interruption and with full automatic user authentication.

To help with further safety and control, the SBTS unit provides accurate, reliable, and easy-to-implement contact tracing in the workplace. It keeps a record of all the people who come into contact with each other. It allows employers to safely bring their employees back to the office while reducing the risk of a future shutdown due to infected employees.

The SBTS unit can be connected through a serial port, Weigand 26 connection to an access controller or through the network. It is supported by an included access management software.

### Features of the SentryTHERM Biometric Temperature Scanner

- Face authentication range up to 8 feet
- Stores & matches up to 50,000 face photos and 1 million identification records.
- Body temperature detection accuracy +/- 0.3 degrees Fahrenheit from up to 19-inches away.
- Protective mask detection
- It can provide face verification when a mask is present.
- 
- 8" programmable touchscreen display.
- Intelligent energy-saving design.
- Dual lens IR & VL camera recognizes faces in both total darkness and bright sunlight (<50,000 lux).
- Vandal-proof rating.
- Connects directly to the network (RJ45) or an access controller (Wiegand)





**Scanner Terminal Dimensions**

SentryTHERM™ Manual

| SPECIFICATIONS | Category | |
|---|---|---|
| Camera | Resolution | 500W |
| | Type | RGB + infrared |
| | Aperture | 4.0 mm |
| | Focal length | 0-2 m |
| | White balance | Automatic |
| Screen | Size | 8 inches, full view IPS LCD screen |
| | Resolution | 1280*800; luminance: 400cd |
| Processor | CPU | 4 nuclear RK3288 |
| Flash Memory | DDR | 2 GB |
| ISP | Image Processing | Built-in dual ISP |
| Internal Storage | EMMC | 8 GB |
| Accessories | Flash LED | Infrared + three-color supplementary light lamp |
| | Card reader module | IC/ID card reader thermal imaging temperature detection module |
| | Network Module | Support wired 2.4 GWIFI, 4G network card (optional) |
| Interface | Audio | 1 channel audio line out |
| | USB Interface | 2 USB ports, 2.0 |
| | Serial port 232 | 1 channel RS232 interface, 1 WG input, 1WG output |
| | Wiegand Interface | 2.5 mX2PIN |
| | Reset Interface | Side holes, external buttons |
| | OGT interface | 1 |
| Function | Local Offline Use | Local 20,000 face library |
| | Face Detection | Local 20,000 face library |
| | 1:N Face Detection | Supports one in 10,000 error rate; 99% pass rate |
| | 1:1 | Supports optional card swiping module. |
| | Stranger Detection | Supported |
| | Identification Range | Supported |
| | Remote Upgrade | Supported |
| | Device Interface | Equipment management; personnel management; access records; visitor records. |
| Port | Waterproofing grade | For covered outdoor use. |
| | Power supply | 12V DC |
| | Operating Temperature | -1.0-60°C (30-140°F) |
| | Operating Humidity | 1.0-90% |
| | Power Consumption | 15W maximum |
| | Weight | 3.5 lbs. (1.6 kg) |
| | Dimensions | 16.9 x 5.0 x 3.5 inches (430 x 128 x 90 mm) |

*Disclaimer: The Genlantis SentryTHERM™ Biometric Temperature Scanner is not a replacement or substitute for medical grade thermometers, and should not be used solely for determining exact body temperatures. The use of SentryTHERM will provide adequate temperature monitoring for the purpose of large scale or continuous temperature monitoring in high traffic areas, but users should always confirm body temperatures when needed with an FDA approved thermometer.*

# INSTRUCTIONS FOR USE

### I. Assembling the Unit

1. After unboxing the unit, plug the connectors from the scanner terminal into the corresponding connectors coming out of the floor stand's top side (Figure 1).

2. Insert the scanner terminal into the top of the floor stand while gently pushing all of the cables down into the floor stand's body.

3. Secure the scanner terminal to the floor stand with the provided 4 screws.



**Figure 1**: Connecting the scanner terminal and floor stand cables

SentryTHERM™ Manual

4.  Plug the power cord at the base of the unit (Figure 2.)



**Figure 2:** Connecting the power plug to floor stand

## II.  Operating the unit

5.

6.  After plugging the unit in, the scanner terminal will automatically power up and the following screens will appear in succession (without any use input):



Boot up screen     ~10 sec. →     Initiation screen     ~15 sec. →     Capture screen



**Figure 3:** USB Ports 1 & 2

7.  At this point, you will need to plug a USB mouse (wired or wireless) into one of the USB ports on the side of the unit (Figure 3) in order to connect the unit to the available WiFi service at your location:  While it is not needed, you may also connect a USB keyboard to the second USB port on the side of the unit to speed up typing of the WiFi password.

8.  Using your mouse, click on the Settings icon on the top left of the screen



9.  At the password screen (Figure 4), enter the following: **sk123** (this is the admin default).



Figure 4: Password Entry Screen

10.  Select the appropriate WIFI network from the Wi-Fi list, and on the next screen prompt enter your WIFI password, then hit **CONNECT**.



SentryTHERM™ Manual

11. The SBTS unit will not connect to the selected WIFI network, and an IP address will appear on the bottom left of the capture screen (Figure 5). Note or copy this IP address, it will be needed for the next step.



**Figure 5:** IP address location on Capture Screen

## III.  Operating the Face Admin Computer Software

12. Open a browser window and type the following URL address:  **IP:8090**.  For example, if you IP is 123.456.7.890, then enter the following in the web page address window: **123.456.7.890:8090** then hit Enter on your keyboard.

13. At the Face Admin Login screen (Figure 6), enter the following information:

    Username: **admin**

    Password: **sk123**



**Figure 6:** Management Software Login Screen

14. After successful log in, the next display screen is the Admin portal where many functions can be controlled and customized:



15. After changing configurations using the buttons in the Operation column, you can start using the SentryTHERM™ Biometric Temperature Scanner to monitor and record people.

16. To review scanner log, click on the "System Management" option on the top left to expand this menu (Figure 7)

17. Click on the "Visitor Management" option to view scanned individuals' data (Figure 8 for sample).



**Figure 7:** System Management Menu



SentryTHERM™ Manual

Figure 7: Sample screenshot of Visitor Management page showing scanned individuals with date, time, and temperature stamps

VKM200929

**Genlantis**

Page 5 of 5

6044 Cornerstone Court W., Ste. E.  San Diego, CA 92121  •  Toll Free (888) 428-0558  •  U.S. & Canada (858) 457-1919 • www.genlantis.com

©2020 Gene Therapy Systems, Inc. (DBA: Genlantis).